UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                          Case No. 20-01826-jtg

DAVID ALLEN SCHOLL,                                             Chapter 13

        Debtor(s).                                           Honorable John T. Gregg
_____/

### NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for individual income taxes for tax period(s) 2017 and 2018 as required by 11 U.S.C. § 1308.  Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case.

**I.   IF YOU ARE REQUIRED TO FILE:**

Signed tax returns should be submitted to:

> Michigan Department of Attorney General
> Revenue & Tax Division
> P.O. Box 30754
> Lansing, MI  48909
> Attn:  Michael R. Bell

Attach any required copies of Federal Schedules, 1099's, and W-2's.  If you have already filed the required return(s), submit a copy to the above-listed address.  For questions, call (517) 335-7584.

1

**II.   IF YOU BELIEVE YOU ARE NOT REQUIRED TO FILE**

Submit an AFFIDAVIT, signed <u>under penalty of perjury</u>, notarized and dated, stating the reasons why you are not required to file the returns.  In the Affidavit, list income from all sources, both taxable and non-taxable, for each year.  If you were required to file a federal tax return, submit a copy of your federal return with the Affidavit.  Send the information to the above-listed address.

**III.   IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS**

W-2 or 1099--Contact your EMPLOYER(S)

IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040

IRS WEBSITE:  www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

<u>/s/ Michael R. Bell</u>
Michael R. Bell  (P47890)
Assistant Attorney General
P.O. Box 30754
Lansing, MI  48909
Telephone:  (517) 335-7584
E-mail: BellM1@michigan.gov

Dated:  July 29, 2020