United States Bankruptcy Court
Western District of Michigan

In re:  
David Allen Scholl  
    Debtor

Case No. 20-01826-jtg  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0646-1 | User: howep | Page 1 of 1 | Date Rcvd: Aug 18, 2020 |
|---|---|---|---|
| | Form ID: pdf022 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db     +David Allen Scholl,   2310 DeLange Dr SE,   Grand Rapids, MI 49506-5307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:
        Brett N. Rodgers     ecf@rodgersch13.com,   ecfbnrbackup@trustee13.com
        Daniel J. Broxup     on behalf of Creditor Sandra J. Glupker dbroxup@mikameyers.com,
         mlink@mikameyers.com
        Daniel J. Broxup     on behalf of Creditor David R. Asmus dbroxup@mikameyers.com,
         mlink@mikameyers.com
        Michael Patrick Hanrahan     on behalf of Debtor David Allen Scholl mike@chasebylenga.com,
         nikki@chasebylenga.com;christy@chasebylenga.com;teresa@chasebylenga.com;chasebylenga@gmail.com;1503936420@filings.docketbird.com;hanrahanmr74219@notify.bestcase.com;3629037420@filings.docketbird.com
        Michael Robert Bell     on behalf of Creditor    State of Michigan - Department of Treasury
         BellM1@Michigan.gov,   lawrencem5@michigan.gov
        Molly Slutsky Simons     on behalf of Creditor    Nissan-Infiniti LT an affiliated company of Nissan Motor Acceptance Corporation bankruptcy@sottileandbarile.com
        Steven Mark Bylenga     on behalf of Debtor David Allen Scholl steve@chasebylenga.com,
         nikki@chasebylenga.com;christy@chasebylenga.com;teresa@chasebylenga.com;chasebylenga@gmail.com;1140866420@filings.docketbird.com;bylengasr74219@notify.bestcase.com;3629037420@filings.docketbird.com

                                                                                                      TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Case No:  G G 20-01826 |
| DAVID ALLEN SCHOLL | Date Filed:     5/22/20 |
| | Chapter 13 |
| 2310 DELANGE DR SE | Honorable John T. Gregg |
| GRAND RAPIDS    MI   49506 | |
| Debtor(s) | |
| _____/ | |

## TRUSTEE'S OBJECTION TO CONFIRMATION
## OF DEBTOR'S PLAN AND PROOF OF SERVICE

    Now comes the Chapter 13 Trustee, BRETT N. RODGERS, and objects to the Debtor's(s) Chapter 13 Plan for failure to comply with the below indicated confirmation standards:

(X) 11 USC Section 521 and Bankruptcy Rule 4002 - failure to cooperate with the Trustee to provide the following requested documents:  Settlement statements related to the sale of 4 rental properties by the Debtor in 2018; settlement statement related to the purchase of Debtor's residence; documentation of all funds paid by Debtor to father within the last 2 years; evidence that 2017 - 2019 federal and state tax returns have been filed; payroll order or TFS enrollment.

(X) Other: Per Schedule E/F, the non-priority unsecured claims total $1,681,291.65 which exceeds the debt limit of $394,725.00 for an individual to be a debtor under chapter 13 pursuant to 11 U.S.C § 109(e) (however, after deducting the debts listed as contingent, unliquidated, or disputed, the non-priority unsecured claims total $129,751.00); need to amend Plan Paragraph III.F. to indicate the base amount to be paid to general unsecured creditors; need to amend Plan Paragraph III.A.3. to either reduce the "no-look" fee from $4,690.00 to $3,650.00 or to leave it blank and file an application and itemization for $4,690.00; need  to amend plan to provide treatment for Verizon Wireless listed on Schedule G for cell phone contract.

| | |
|---|---|
| Dated:   8/17/2020 | /s/  Brett N. Rodgers |
| | **Brett N. Rodgers, Trustee** |

## PROOF OF SERVICE

   This Objection to Confirmation was served electronically upon the attorney for the debtor(s), if applicable, and the debtor(s) by the BNC.

**ATTORNEY FOR THE DEBTOR(S):**   CHASE BYLENGA HULST