**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:
Scholl, David                                                               Case No. 20-01826
                                                                            Chapter 13
                                                                            Hon. John T. Gregg
                                                                            Filed: 5/22/20

_____ Debtor(s)./

**NOTICE OF FILING OF FIRST PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN AND OPPORTUNITY TO OBJECT AND HAVE HEARING**

**PLEASE TAKE NOTICE** that the Debtor filed a First Pre-Confirmation Amendment to Chapter 13 Plan on October 28, 2020. All of the foregoing pleadings have been served on all interested parties on the date set forth below.

If you desire to object and have a hearing held by the court, you are required to file a written response setting forth your objections within 21 days after the date of service below. Written responses must be mailed to the United States Bankruptcy Court for the Western District of Michigan, 1 N Division, Room 200 Grand Rapids Michigan 49503 along with a copy sent to Chase Bylenga Hulst, PLLC, 25 Division Avenue S., Suite 500, Grand Rapids, MI 49503 and Brett Rodgers, Chapter 13 Trustee, 99 Monroe Ave NW, Suite 601, Grand Rapids, MI 49503.

                                                                Respectfully Submitted,

Date: October 28, 2020                                          /s/ *Steven M. Bylenga*
                                                                Steven M. Bylenga (P73492)
                                                                Attorney for Debtor
                                                                Chase Bylenga Hulst, PLLC
                                                                25 Division Avenue S., Suite 500
                                                                Grand Rapids, MI 49503
                                                                Telephone: (616) 608-3061